IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

KATINA WHITE,

    Plaintiff,

vs.                                     Civil Action No. 03-1298-T-An

DURA AUTOMOTIVE SYSTEMS INC.,

    Defendant.

## ORDER OF DISMISSAL

The Plaintiff and Defendant having compromised and settled all claims arising out of this suit, IT IS ORDERED that this case is hereby Dismissed with prejudice.

_/s/ James D. Todd_
HONORABLE JAMES TODD

DATE: 18 April 2005

_/s/ Peggy J. Lee_
Peggy J. Lee
Attorney for Plaintiff
147 Jefferson Avenue, Suite 406
Memphis, TN 38103

_/s/ John P. Scruggs w/ permission_
John P. Scruggs
Attorney for Defendant
80 Monroe, Suite 650
Memphis, TN 38103

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 04-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 1:03-CV-01298 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Peggy J. Lee
LEE LAW FIRM
147 Jefferson
Ste. 406
Memphis, TN 38103

John P. Scruggs
ALLEN SCRUGGS SOSSAMAN THOMPSON SIMPSON & LILLIE
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Katina White
253 W. Front St.
Bradford, TN 38316

Honorable James Todd
US DISTRICT COURT